Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Kelly Recker
Assistant Federal Public Defender
California State Bar No. 348952
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Kelly_Recker@fd.org


*Attorney for Petitioner Aaron Vela-Villanueva

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: Aaron Vela-Villanueva, | Case No. 2:25-cv-02538-APG-MDC |
| | ORDER GRANTING |
| | **Motion for Extension of Time to File Amended Petition** |
| | **(FIRST REQUEST)** |

Aaron Vela-Villanueva, through counsel, hereby requests an extension of time of 22 days, up to and including Monday, February 2, 2026, within which to file his Amended Petition. This is his first request for an extension of time.

This motion is not filed for the purpose of delay, but rather is made in the interests of justice as well as the interest of Mr. Vela-Villanueva. Undersigned counsel was out of the country until January 7, 2026, and unable to work on this case. Counsel returned to the office on January 8, 2026, and met with Mr. Vela-Villanueva on January 9, 2026. In preparing for that meeting, undersigned counsel discovered that the Board of Immigration Appeals issued a decision in Mr. Vela-Villanueva's case on December 31, 2025, giving him until January 30, 2026 to file

an appeal. Whether an appeal is filed impacts the claims to be raised in the Amended Petition. Further, it is possible that this case may resolve in immigration court, but undersigned counsel will not know until the expiration of the deadline to file an appeal. Accordingly, undersigned counsel respectfully asks this Court to extend the time to file the Amended Petition by 22 days, up to and including February 2, 2026.

Mr. Vela-Villanueva has not yet named a respondent, but United States Attorney Courtney Strange has issued a notice of appearance on behalf of the United States Attorney's Office for the District of Nevada. Undersigned counsel emailed Ms. Strange seeking her position on this motion on Friday, January 9, 2026, and Ms. Strange replied the same day indicating she had no objection to the extension.

Dated January 12, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Kelly Recker*
Kelly Recker
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated:__January 16, 2026___

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2