# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

IN RE AARON ALBERT VELA VILLANUEVA,

    Petitioner

Case No.: 2:25-cv-02538-APG-MDC

**Order Granting Motion to Dismiss**

[ECF No. 12]

I ORDER that petitioner Aaron Albert Vela Villanueva's motion to dismiss the petition as moot **(ECF No. 12) is GRANTED**.  The clerk of court is instructed to close this case.

DATED this 2nd day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE